Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)
sferruolo@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Georgianne McCaskill, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Goose Creek Candles LLC,<br><br>*Defendant*. | Case No. 5:25-cv-01924 FMO-MBK<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES**<br><br>Judge: Hon. Fernando M. Olguin |

On September 23, 2026, the Court found good cause for extending the class certification schedule to accommodate a mediation with Honorable Charles McCoy (Ret.) of JAMS Mediation on October 6, 2026. Dkt. 48 (Order Granting Stipulation to Extend). The mediation was productive, but the Parties did not reach an agreed resolution on the day of the mediation. The Parties are continuing to work with Judge McCoy towards an agreed resolution, but they require additional time to process proposed resolutions and to confer with key decision makers, including Board members. To facilitate this process and to allow the parties to focus their efforts on settlement, the parties stipulate and request an approximately two-month extension to the class certification schedule.

Plaintiff Georgianne McCaskill and Defendant Goose Creek Candles LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, jointly stipulate as follows:

WHEREAS, on July 25, 2025, Georgianne McCaskill filed the Complaint. (Dkt. 1);

WHEREAS, on January 12, 2026, the Court entered the Scheduling and Case Management Order and Order Re: Motions for Class Certification (Dkt. 32 and Dkt. 33);

WHEREAS, on July 15, 2026, the Court granted the Parties' stipulation to extend expert deadlines (Dkt. 42 and Dkt. 43);

WHEREAS, the Parties scheduled a mediation in this matter for September 28, 2026 with the Honorable Charles McCoy (Ret.) of JAMS (Declaration of Richard Lyon ("Lyon Decl.") ¶ 5);

WHEREAS, the Parties stipulated to, and the Court found good cause and ordered, an extension of class certification deadlines in light of the September 28, 2026, meditation. (Dkt. 44, Dkt. 45);

WHEREAS, due to an unexpected scheduling conflict, the mediation with the Honorable Charles McCoy was re-scheduled for approximately two weeks later, October 6, 2026 (Lyon Decl. ¶ 7);

WHEREAS, in light of the re-scheduling, the Parties stipulated to, and the Court found good cause and ordered, a corresponding two-week extension to the class certification schedule. (Dkt. 47, Dkt. 48);

WHEREAS, on October 6, 2026, the Parties had a productive mediation but did not reach a settlement on the day of the mediation (Lyon Decl. ¶ 8).

WHEREAS, the Parties are continuing to work with Judge McCoy towards an agreed resolution, but require additional time to process proposed resolutions and to confer with key decision makers, including members of Defendant's Board. (*Id.*)

WHEREAS, the Parties jointly agree and stipulate that there is good cause to extend the class certification schedule and expert discovery deadlines by approximately two months. Good cause exists because the Parties had a productive mediation on October 6, 2026 and now need additional time to process proposed resolutions and work towards potential settlement. Adjusting the class certification briefing will conserve the Parties' and the Court's resources, cause no prejudice, and affect no trial date. The extension is narrowly tailored to give the Parties enough time to consider resolving the case based on the mediation discussions before expending resources briefing class certification and conducting expert discovery. Certain dates in the new schedule are also slightly adjusted to avoid class certification and expert deadlines from falling over the winter holidays. (Lyon Decl. ¶¶ 4, 6, 7-9).

NOW THEREFORE, the Parties hereby stipulate and request that, in light of the need to process proposed resolutions of the case from the October 6, 2026 mediation, class certifications deadlines be extended as follows. A proposed Order accompanies this Stipulation.

| **Event** | **Current Date** | **Proposed Dates** |
|---|---|---|
| Deadline to Serve Initial Expert Witness Disclosures | October 23, 2026 | December 23, 2026 |
| Last Day to Meet & Confer Re: Class Certification Motion | November 4, 2026 | January 8, 2027 |
| Deadline to Serve Rebuttal Expert Witness Disclosures | November 18, 2026 | January 18, 2027 |
| Deadline to Complete all Expert Discovery | November 18, 2026 | January 18, 2027 |
| Moving Party to Serve Relevant Portion of Class Certification Brief and Evidentiary Appendix | November 11, 2026 | January 11, 2027 |
| Opposing Party to Send Integrated Portion of Joint Brief and Evidentiary Appendix | November 25, 2026 | January 25, 2027 |
| Moving Party Finalizes Joint Brief for Filing | December 2, 2026 | February 2, 2027 |
| Opposing Party to Sign and Return Finalized Joint Brief | December 3, 2026 | February 3, 2027 |
| Moving Party to File Joint Brief | December 4, 2026 | February 4, 2027 |
| Plaintiff's Motion for Class Certification | December 9, 2026 | February 9, 2027 |

**IT IS SO STIPULATED.**

Dated: October 9, 2026

Respectfully submitted,

By: */s/ Richard Lyon*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)
sferruolo@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Dated: October 9, 2026

Respectfully submitted,

By: */s/Fredrick Hagen (with permission)*

FREEMAN MATHIS & GARY, LLP
FREDRICK A. HAGEN / SBN 196220
Fred.Hagen@fmglaw.com
Walnut Creek, CA 94596
Tel: 925-466-3149
Fax: 833-317-0293
*Attorneys for Defendant*
*Goose Creek Candles LLC*

## ATTESTATION OF COMPLIANCE

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: October 9, 2026

By: /s/ *Richard Lyon*
Richard Lyon