**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Georgianne McCaskill, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Goose Creek Candles LLC,

Defendant(s).

Case No. 5:25-cv-01924 -FMO-MBK

*Judge Fernando M. Olguin*

**[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND REQUEST FOR STAY OF ACTION**

After reading and considering the papers filed in support of the moving papers and relevant authorities submitted in support of Defendant's Motion to Compel Arbitration and Request for Stay of Action, the Court finds that good cause does exist to GRANT Defendant's Motion(s). IT IS HEREBY ORDERED that Goose Creek Candles LLC's Motion to Compel Arbitration and Request for Stay of Action, on the Complaint is GRANTED/DENIED.

**IT IS SO ORDERED.**

Dated: ____________________

By: ________________________

Hon. Fernando M. Olguin
United States District Judge