**FREEMAN MATHIS & GARY, LLP**
FREDRICK A. HAGEN / SBN 196220
Fred.Hagen@fmglaw.com
KAYLI E. CLIFFORD / SBN 367414
Kayli.Clifford@fmglaw.com
1850 Mt. Diablo Blvd., Suite 510
Walnut Creek, CA 94596
Tel: 925-466-3149
Fax: 833-317-0293

Attorneys for Defendant
Goose Creek Candles LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Georgianne McCaskill, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>Goose Creek Candles LLC,<br><br>Defendant(s). | Case No. 5:25-cv-01924 -FMO-MBK<br><br>*Judge Fernando M. Olguin*<br><br>**DECLARATION OF JORDAN MEECE IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND FOR STAY OF ACTION** |

I, Jordan Meece, declare:

1. I am the Chief Marketing Officer at Goose Creek Candles ("Goose Creek"), a party to this action. In my role, I am familiar with Goose Creek's Terms of Use including the mandatory arbitration provision contained in the Terms of Use. I am also familiar with Goose Creek's promotional text-message subscription program and the mobile interface through which consumers enroll in that program.

2. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I am informed and believe that they are true. If called upon as a witness, I could competently testify to the matters stated herein, as they are within my personal knowledge.

3. During the relevant period, the subscription interface required a consumer to enter a telephone number and affirmatively click the subscription button to request enrollment. The program did not enroll a consumer automatically.

4. Immediately below the telephone-number field and subscription button, the interface displayed a disclosure advising consumers that, by providing a telephone number and clicking the button, they agreed to receive recurring promotional text messages and also agreed to Goose Creek's Terms of Service and Privacy Policy. The references to the Terms of Service and Privacy Policy were visibly underlined and linked, making them available for customers to review before entering a subscription with Goose Creek.

5. Accordingly, the disclosure connecting the act of subscribing to acceptance of Goose Creek's Terms of Service appeared on the same screen and at the point at which a consumer submitted the subscription request.

6. Attached hereto as **Exhibit A** is a true and correct copy of the mobile subscription interface described above, as it appeared during the relevant period, specifically on December 3, 2024.

7. I reviewed Goose Creek's order records for Plaintiff's purchases dated December 4, 2024, and December 8, 2024. Those records reflect the use of coupon codes in connection with those purchases. Attached hereto collectively as **Exhibit B** are true and correct copies of the order records for December 4, 2024, and December 8, 2024, purchases.

8. Using the telephone number Plaintiff provided in connection with her orders, Goose Creek located the corresponding record in its vendor's subscription system.

9. Attached hereto as **Exhibit C** is a true and correct screenshot of the vendor subscription system record associated with that telephone number. The record reflects Plaintiff's enrollment in Goose Creek's promotional text-message program on December 3, 2024, and her opt-out from the program on January 5, 2025.

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20 day of October 2026, Danville, at Kentucky,

City State

DocuSigned by:
Jordan Meece
51729BABE83349C...

Jordan Meece

# Exhibit A


BFFCM (highlight)- Mobile - Email/SMS popup
Inactive
Last edited on Nov 13, 2025 01:55
GooseCreek
BLACK FRIDAY
SAVE UP TO 60% OFF YOUR ORDER
YES, PLEASE
NO, THANKS
GooseCreek
BLACK FRIDAY
SAVE UP TO 60% OFF YOUR ORDER
Enter your email
CONTINUE
GooseCreek
BLACK FRIDAY
SAVE UP TO 60% OFF YOUR ORDER
Enter phone number
GET 60% OFF NOW
GooseCreek
CONFIRM YOUR PHONE NUMBER
Enter code
SUBMIT
GooseCreek
SUCCESS!
CONTINUE SHOPPING




**This enlarged photograph shows panel three of the mobile display above, where customers entered their phone numbers to subscribe to Goose Creek Candle's coupon service.**

# Exhibit B

# 14624286US

Paid | Fulfilled | Archived

December 8, 2024 at 9:37 pm from Online Store

Fulfilled (7) 14624286US-F1

Delivered

Thursday, January 2, 2025

UPS tracking: 1Z6V54R90366379320



North Pole Bakery 3-Wick Candle $8.99 × 1 $8.99

GC152593

</> _added_by_status: saved_from_cart



North Pole Bakery 3-Wick Candle $8.99 × 1 $8.99

GC152593



Snow Covered Trees Large 3-Wick Candle $8.99 × 1 $8.99

GC152604

</> _added_by_status: saved_from_cart



Snow Covered Trees Large 3-Wick Candle $8.99 × 1 $8.99

GC152604



Old Fashioned Cinnamon Large 3-Wick Candle $9.99 × 1 $9.99

GC152780

</> _added_by_status: saved_from_cart



Old Fashioned Cinnamon Large 3-Wick Candle $9.99 × 1 $9.99

GC152780



Classic Christmas Tree 3-Wick Candle $9.99 × 1 $9.99

GC152568

Paid

| | | |
|---|---|---|
| Subtotal | 7 items | $65.93 |

## Notes

No notes from customer

## Additional details

__event

eyJjaWQiOiIxMDA0MjA1NyIsInBpZCI6IjEwMDQzNDk1IiwidmlkIjoiMTczMzcxMTU5NjQ0Ny0wLjgxMzEzNTMxMjczNjQ0MTEiLCJnb2FscyI6IjEwMDQxMzc2NSIsInZhcnMiOlsiMTAwNDI0NjgxNiIsIjEwMDQyMzE0ODIiXSwiZXhwcyI6WyIxMDA0MTAzMDQ1IiwiMTAwNDk2NDQ3Il0sInZpc2l0b3JJTZWdtZW50cyI6eyJicm93c2VyIjoiQ0giLCJkZXZpY2UiOiJpbkF MTFBIIiwiSVBIIl0sInNvdXJjZSI6ImNhbXBhaWduIiwiY2FtcGFpZ24iOiIi LCJjdHJ5IjoiVVMiLCJjdXN0IjpbXS wibmV3IjowfX0=

__version

5

_status_id

Rgr4DdtjUJNto436DCjXMyzCG9i2

RecartSessionId

674f480cafbe271e5eb381f2

RecartShopperId

674f480c6394a11b90a80cdb

from_ghostmonitor

1

## Customer

Georgianne McCaskill

1 order

## Contact information

kitten7777777@aol.com

## Shipping address

Georgianne McCaskill
539 North Willow Avenue
Rialto CA 92376

| | | |
|---|---|---|
| Shipping | Standard Ground (11.55 lb: Items 10.85 lb, Package 0.7 lb) | $7.99 |
| Taxes | Tax details | $5.07 |
| **Total** | | **$78.99** |
| Paid | | $78.99 |

United States
+1 909-644-2003

**Billing address**

Same as shipping address

## Timeline

July 22

You sent an order confirmation email to yourself (madisonmeece@goosecreekinc.com). 12:16 PM

January 2

Shipment delivered email was sent to Georgianne McCaskill (kitten7777777@aol.com). 3:36 PM

Shipment out for delivery email was sent to Georgianne McCaskill (kitten7777777@aol.com). 7:51 AM

December 23

This order was archived. 11:08 PM

sfyGateway fulfilled 7 items from Goose Creek. 11:08 PM

December 9

$76.91 USD was added to your **Dec 11, 2024** payout. 1:45 AM

December 8

$76.91 USD will be added to your Dec 12, 2024 payout. 9:38 PM

Order confirmation email was sent to Georgianne McCaskill (kitten7777777@aol.com). 9:37 PM

Shopify Protect is active for this order. 9:37 PM

| | | |
|---|---|---|
| ☐ | **JUN5 - GC60 + FIX X,Y discount codes sets "A","B" product to fixed $N, $M price (target all matching & target just one) + Spend X, Get Y 2.0** was run on this order. | 9:37 PM |
| ☐ | A $78.99 USD payment was processed using a Discover ending in 5785 via Shop Pay. | 9:37 PM |
| ☐ | Confirmation #5HJIGU98X was generated for this order. | 9:37 PM |
| ☐ | Georgianne McCaskill placed this order on Online Store (checkout #36955117944907). | 9:37 PM |

Taxes are calculated by Avalara

Case 5:25-cv-01924-FMO-MBK Document 53-1 Filed 10/21/25 Page 11 of 15 Page ID #:489

# 14559524US

Paid | Fulfilled | Archived

December 4, 2024 at 3:03 pm from Online Store

Fulfilled (5) 14559524US-F1

Delivered

Friday, December 20, 2024

UPS tracking: 1Z6V54R90365778543

| | | | |
|---|---|---|---|
|  | Pumpkin Pie 3-Wick Candle<br>GC152528 | $10.99 × 1 | $10.99 |
|  | North Pole Bakery 3-Wick Candle<br>GC152593 | $10.99 × 1 | $10.99 |
|  | Snow Covered Trees Large 3-Wick Candle<br>GC152604 | $10.99 × 1 | $10.99 |
|  | Old Fashioned Cinnamon Large 3-Wick Candle<br>GC152780 | $10.99 × 1 | $10.99 |
|  | Classic Christmas Tree 3-Wick Candle<br>GC152568 | $10.99 × 1 | $10.99 |

Paid

| | | |
|---|---|---|
| Subtotal | 5 items | $54.95 |
| Shipping | Standard Ground (8.45 lb: Items 7.75 lb, Package 0.7 lb) | $7.99 |
| Taxes | Tax details | $4.25 |
| **Total** | | **$67.19** |
| Paid | | $67.19 |

## Timeline

July 22

## Notes

No notes from customer

## Additional details

_status_id

BK6rkKRFggTHla9RWkcCTjFxa502

## Customer

Georgianne McCaskill

1 order

**Contact information**

georgiannemccaskill@gmail.com

**Shipping address**

Georgianne McCaskill
539 N WILLOW AVE
RIALTO CA 92376
United States
+1 909-644-2003

**Billing address**

Georgianne McCaskill
539 N Willow Ave
RIALTO CA 92376-4921
United States
+1 909-644-2003

You sent an order confirmation email to yourself (madisonmeece@goosecreekinc.com). 12:16 PM

December 20

Shipment delivered email was sent to Georgianne McCaskill (georgiannemccaskill@gmail.com). 5:53 PM

Shipment out for delivery email was sent to Georgianne McCaskill (georgiannemccaskill@gmail.com). 8:18 AM

December 15

This order was archived. 8:43 AM

sfyGateway fulfilled 5 items from Goose Creek. 8:43 AM

December 5

Hannah Summers released fulfillment for 5 items. 8:14 AM

$65.38 USD was added to your **Dec 7, 2024** payout. 1:43 AM

December 4

Shopify Flow held fulfillment for 5 items. 3:09 PM

$65.38 USD will be added to your Dec 8, 2024 payout. 3:04 PM

Clearer.io Address Validator updated the shipping address for this order. 3:04 PM

Order confirmation email was sent to Georgianne McCaskill (georgiannemccaskill@gmail.com). 3:04 PM

**JUN5 - GC60 + FIX X,Y discount codes sets "A","B" product to fixed $N, $M price (target all matching & target just one) + Spend X, Get Y 2.0** was run on this order. 3:03 PM

A $67.19 USD payment was processed using a Visa ending in 1534. 3:03 PM

Confirmation #XQ05MKMXR was generated for this order. 3:03 PM

# Exhibit C

**Subscriber history**

Timezone updated to **Pacific Daylight Time** (UTC -07:00) based on session
Apr 24, 2026 04:58

Timezone set to **Pacific Daylight Time** (UTC -07:00) based on unknown source
Apr 24, 2026 04:58

Unsubscribed from **SMS**
Jan 5, 2025 12:56

Subscribed to **SMS** via Popup (BFFCM (highlight)- Mobile - Email/SMS popup) on
https://goosecreekcandle.com/collections/christmas-candles
Dec 3, 2024 11:04