# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIANNE MCCASKILL<br>PLAINTIFF(S)<br>v.<br>GOOSE CREEK CANDLES LLC<br>DEFENDANT(S). | CASE NUMBER:<br>5:25−cv−01924−FMO−MBK<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| | | | | |
|---|---|---|---|---|
| 10/21/2026 | / | 53 | / | Motion |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Incorrect event selected.

Proposed Document was not submitted as separate attachment.

Other:

Dated: October 21, 2026

By: /s/ *Fernando M. Olguin*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**