Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)
sferruolo@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Georgianne McCaskill, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

Goose Creek Candles LLC,

*Defendant*.

Case No. 5:25-cv-01924-FMO-MBK

**DECLARATION OF RICHARD LYON IN SUPPORT OF STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL (DKT. 52)**

Judge: Hon. Fernando M. Olguin

**DECLARATION OF RICHARD LYON**

I, Richard Lyon, declare as follows:

1. I am a partner at the law firm Dovel & Luner, LLP, a member of the California bar, and counsel for Plaintiff in this action.

2. Good cause exists for the requested two-week extension to accommodate upcoming scheduling conflicts and to allow the Parties to adequately address the arguments raised in Defendant's Motion.

3. The extension is narrowly tailored to accommodate the Parties' upcoming scheduling conflicts and allow for sufficient time to brief the issues. The requested extension only provides each side an additional two weeks for their briefs. Without that extension, the Parties would be unable to sufficiently prepare the opposition and reply briefs.

4. This is the Parties' first request to change the briefing schedule for Defendant's renewed Motion to Compel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 26, 2026

Respectfully submitted,

By: */s/ Richard Lyon*
Richard Lyon