**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Georgianne McCaskill, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Goose Creek Candles LLC,<br><br>*Defendant*. | Case No. 5:25-cv-01924-FMO-MBK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL (DKT. 52)**<br><br>Judge: Hon. Fernando M. Olguin |

# [PROPOSED] ORDER

On October 26, 2026, the Parties filed a Stipulation to Extend the Briefing Schedule for Defendant's Motion to Compel (Dkt. 57). The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the briefing schedule for Defendant's Motion to Compel be set as follows:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Compel Arbitration | November 5, 2026 |
| Defendant's Reply in Support of Defendant's Motion to Compel | November 19, 2026 |
| Hearing Date for Defendant's Motion to Compel | December 3, 2026, or to be determined by the Court |

**IT IS SO ORDERED**.

DATED: ____________________

By: __________________________
Hon. Fernando M. Olguin
United States District Judge